IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD ROBINSON, | |
| Plaintiff, | Case No.: 1:24-cv-00087 |
| v. | Judge John Robert Blakey |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 25 | zhengqingshan1973 |
| 36 | waerte |
| 51 | Rougui Trading |
| 115 | TheEa |
| 33 | Xichang Trading |
| 147 | CRIOEVN-US |
| 18 | AgedsignDirect |
| 19 | TinAccents |
| 20 | oumate |
| 125 | zuojin23 |
| 102 | LonED |
| 54 | DreamGo |
| 73 | tiandengshunchengtongxundian |
| 176 | NETILGEN |
| 202 | FKELYI |
| 56 | ZIMING SHOP |
| 62 | ZHENDIY |
| 65 | zhiyanclothes |
| 68 | JUNYANSTORE |
| 69 | Jndtueit Store |
| 71 | PZZ |
| 72 | bigcardesigns |

| | |
|---|---|
| 74 | KUIFORTI |
| 75 | RONGDIY |
| 76 | quanzhouzhuotairongshuoxinxikejiyouxiangongsi |
| 83 | YOUMENG OFFICIAL SHOP |
| 144 | ZHENGHENPP |
| 146 | quanzhoushikaichi |
| 149 | jinleero |
| 150 | XUEQIN STORE |
| 151 | taiyuanyixin |
| 153 | DEYIDIY |
| 154 | quanzhoushikehuanwangluokejiyouxiangongsi |
| 155 | DZYUTING |
| 156 | KAIMEIKEJI |
| 157 | ZOUTAIRONG |
| 158 | ZPINXIGN |
| 160 | RUORAN |
| 161 | Lyibao |
| 162 | OnlineGo |
| 113 | Fusurire |
| 107 | hechunxianghaibao |
| 168 | linpingpinghaibao |
| 192 | Mintai Commerce Shop |
| 79 | FEASRT |
| 2 | TANGTANGTING |
| 15 | yuanzhououmoyingbaihuodian |
| 66 | xiangchengshinuotairiyongbaihuodian |
| 117 | LiMin. |
| 143 | myPrecious |
| 200 | Hubei xinmu industry co., ltd |
| 201 | Beutyone Official Store |
| 120 | ugffhk |
| 134 | urvwen |
| 41 | WOWCUGI |

DATED: February 16, 2024                Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 16, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                 */s/ Keith A. Vogt*
                 Keith A. Vogt